# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Mark A Kreger | § | Case No. 16-40888 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 720,170.00         Assets Exempt: 130,460.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,047.61        Claims Discharged
                                                  Without Payment: 890,710.29

Total Expenses of Administration: 1,552.39

---

3) Total gross receipts of $ 7,600.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 7,600.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 724,232.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,552.39 | 1,552.39 | 1,552.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 170,632.00 | 19,792.90 | 19,792.90 | 6,047.61 |
| **TOTAL DISBURSEMENTS** | $ 894,864.00 | $ 21,345.29 | $ 21,345.29 | $ 7,600.00 |

    4) This case was originally filed under chapter 7 on 12/31/2016. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2018          By:/s/Frank J. Kokoszka, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chicago Bears PSL [personal seat license] | 1229-000 | 7,600.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 7,600.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank, POB 6201 Carol Stream, IL 60197 | | 44,232.00 | NA | NA | 0.00 |
| | Capital One, N.A., PO Box 105385 Atlanta, GA 30348-5385 | | 680,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 724,232.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,510.00 | 1,510.00 | 1,510.00 |
| Frank J. Kokoszka | 2200-000 | NA | 22.39 | 22.39 | 22.39 |
| BOK Financial | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,552.39 | $ 1,552.39 | $ 1,552.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, PO Box 851001 Dallas, TX 75285 | | 1,881.00 | NA | NA | 0.00 |
| | Bank of America, PO Box 851001 Dallas, TX 75285 | | 24,893.00 | NA | NA | 0.00 |
| | BP Credit Card | | 1,160.00 | NA | NA | 0.00 |
| | Chase, PO Box 15298 Wilmington, DE 19850-5298 | | 15,636.00 | NA | NA | 0.00 |
| | Chase, PO Box 15298 Wilmington, DE 19850-5298 | | 8,366.00 | NA | NA | 0.00 |
| | Chase, PO Box 15298 Wilmington, DE 19850-5298 | | 13,140.00 | NA | NA | 0.00 |
| | Martoccio & Martoccio, 15 N. Lincoln Street Hinsdale, IL 60521 | | 2,227.00 | NA | NA | 0.00 |
| | SoFi Lending Corp, PO Box 123534 Dallas, TX 75312-3534 | | 85,430.00 | NA | NA | 0.00 |
| 2 | American Express Centurion Bank | 7100-000 | 13,245.00 | 13,908.73 | 13,908.73 | 4,249.73 |
| 1 | Commerce Bank | 7100-000 | 4,654.00 | 4,754.71 | 4,754.71 | 1,452.78 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,129.46 | 1,129.46 | 345.10 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 170,632.00 | $ 19,792.90 | $ 19,792.90 | $ 6,047.61 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-40888 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Mark A Kreger | | | | Date Filed (f) or Converted (c): | 12/31/2016 (f) |
| | | | | | 341(a) Meeting Date: | 01/31/2017 |
| For Period Ending: | 11/07/2018 | | | | Claims Bar Date: | 01/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 206 W. 8Th Street Hinsdale Il 60521-0000 Dupage | 718,483.00 | 0.00 | | 0.00 | FA |
| 2. 2016 Jeep Cherokee Mileage: 3200 In Possession Of Debtor | 19,000.00 | 0.00 | | 0.00 | FA |
| 3. Misc Used Household Goods & Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Used Clothing Fully Depreciated | 400.00 | 0.00 | | 0.00 | FA |
| 5. Personal Funds | 200.00 | 0.00 | | 0.00 | FA |
| 6. Bank Of America - Xxxx Xxxx 0656 | 2,387.00 | 0.00 | | 0.00 | FA |
| 7. Vanguard - Xx2406 | 11,609.00 | 0.00 | | 0.00 | FA |
| 8. Wells Fargo - Xxxx-7024 | 50,417.00 | 0.00 | | 0.00 | FA |
| 9. Midland National Annuity - Xxxxxx5129 | 44,437.00 | 0.00 | | 0.00 | FA |
| 10. Wells Fargo - Xxxx-3853 | 2,197.00 | 0.00 | | 0.00 | FA |
| 11. Banner Life - Term Life - Xxxxx2628 | 0.00 | 0.00 | | 0.00 | FA |
| 12. Midland National - Term Life-Xxxxxx3968 | 0.00 | 0.00 | | 0.00 | FA |
| 13. Reliance Standard - Term Life -Xxxx5948 | 0.00 | 0.00 | | 0.00 | FA |
| 14. Chicago Bears PSL [personal seat license] (u) Asset not disclosed in orginal Schedules. Amended Schedules filed on 08/29/2017. | Unknown | 7,600.00 | | 7,600.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $850,630.00   $7,600.00   $7,600.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

Trustee initially filed a "No Asset" Report. Subsequently, the Trustee was informed that the Debtor owns a Chicago Bears Personal Seat License (PSL) for two seats. Trustee has vacated the NDR and filed an Initial Report of Assets, while he attempts to sell the PSL.  - Frank J. Kokoszka 9/26/2017

Motion to Sell PSL approved by the Court. Trustee receiving payments pursuant to payment plan.  - Frank J. Kokoszka 5/31/2018

Trustee is awaiting 4th and final payment under payment plan. Upon receipt of payment, trustee will be in  position to submit Final Report to the UST.  - Frank J. Kokoszka 7/13/2018

All distribution checks have posted. Trustee will file TDR upon receipt of Final Bank Statement. - Frank J. Kokoszka 10/17/2018

Initial Projected Date of Final Report (TFR): 12/30/2018        Current Projected Date of Final Report (TFR): 12/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-40888 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Mark A Kreger | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0388 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2730 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/07/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/18 | 14 | Holly Economos<br>1038 Keystone Avenue<br>River Forest, IL 60305-1324 | Sale of Assets<br>Pursuant to Court Order,<br>payment #1 of payment plan for<br>sale of Bears PSL. | 1229-000 | $1,900.00 | | $1,900.00 |
| 05/30/18 | 14 | Holly A. Economos<br>1038 Keystone Ave.<br>RiverForest, Il 60305-1324 | Sale of Assets<br>Pursuant to Court Order,<br>payment #2 of payment plan for<br>sale of Bears PSL. | 1229-000 | $1,900.00 | | $3,800.00 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,790.00 |
| 06/28/18 | 14 | Holly A. Economos<br>1038 Keystone Avenue<br>River FOrest, Il. 60305-1324 | Sale back to Debtor<br>Pursuant to Court Order,<br>payment #3 of payment plan for<br>sale of Bears PSL. | 1229-000 | $1,900.00 | | $5,690.00 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,680.00 |
| 07/30/18 | 14 | Holly A. Economous<br>1038 Keystone Avenue<br>River Forest, IL 60305-1324 | Sale of Assets<br>Final payment of Payment Plan<br>re sale of Bears' PSL | 1229-000 | $1,900.00 | | $7,580.00 |
| 10/01/18 | 101 | Frank J. Kokoszka | Distribution | | | $1,532.39 | $6,047.61 |
| | | Frank J. Kokoszka | Final distribution creditor account # debtor SS#### ##-2837 representing a payment of 100.00 % per court order. ($1,510.00) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution creditor account # debtor SS#### ##-2837 representing a payment of 100.00 % per court order. ($22.39) | 2200-000 | | | |
| 10/01/18 | 102 | Commerce Bank<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Final distribution to claim 1 creditor account # debtor SS#### ##-2837 representing a payment of 30.55 % per court order. | 7100-000 | | $1,452.78 | $4,594.83 |

Page Subtotals: $7,600.00 $3,005.17

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-40888 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Mark A Kreger | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0388 |
| | Checking |
| Taxpayer ID No: XX-XXX2730 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/07/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/18 | 103 | American Express Centurion Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Final distribution to claim 2 creditor account # debtor SS####-##-2837 representing a payment of 30.55 % per court order. | 7100-000 | | $4,249.73 | $345.10 |
| 10/01/18 | 104 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Bp) Pob 41067 Norfolk Va 23541 | Final distribution to claim 3 creditor account # debtor SS####-##-2837 representing a payment of 30.55 % per court order. | 7100-000 | | $345.10 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,600.00 | $7,600.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,600.00 | $7,600.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,600.00 | $7,600.00 |

Page Subtotals: $0.00 $4,594.83

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0388 - Checking | $7,600.00 | $7,600.00 | $0.00 |
|  | $7,600.00 | $7,600.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $7,600.00 |
| **Total Gross Receipts:** | $7,600.00 |

Page Subtotals:  $0.00   $0.00